Asst. Atty. Gen., Bennet N. Hollander, William K. Hogan, Attys., Tax Div., Dept. of Justice, Washington, D. C., Johnnie M. Walters, Asst. Atty. Gen., for defendant-appellant.

Ben R. Miller, Sr., Baton Rouge, La., for Shivel, Inc.

Harold J. Rhodes, Rhodes & Culotta, Berwick, La., for Diamond Construction Co.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed.   See Local Rule 21.[1]

Herbert Stettin, Feibelman, Friedman, Britton & Stettin, Miami, Fla., for appellant.

William J. Kendrick, Shutts & Bowen, Miami, Fla., for appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed.   See Local Rule 21.[1a]

---

In the Matter of FIBRE GLASS BOAT CORPORATION, Bankrupt.

C. B. JOHNS, Trustee, Appellant,

v.

TELEFLEX INDUSTRIAL PRODUCTS, INC., Appellee.

No. 71–1956

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 5, 1971.

David A. DAVIS, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

Nos. 71–1610, 71–2200

Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 1, 1971.

Rehearing Denied Nov. 11, 1971.

[1].  See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

*Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

[1a].  See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.

**Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir. 1970, 431 F.2d 409, Part I.

David A. Davis, pro se.

Eldon B. Mahon, U. S. Atty., W. E. Smith, Asst. U. S. Atty., Ft. Worth, Tex., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Billy Benny ROBERTS, Jr.,
Petitioner-Appellant,**

v.

**J. J. CLARK, Warden,
Respondent-Appellee.**

**No. 71-2208.**

United States Court of Appeals,
Fifth Circuit.

Sept. 28, 1971.

Billy Benny Roberts, Jr., pro se.

John W. Stokes, Jr., U. S. Atty., Charles A. Pannell, Jr., Atlanta, Ga., for respondent-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed.[1a] See Local Rule 21.[2]

**Liesse J. LEDOUX, Plaintiff-Appellee,**

v.

**LOFFLAND BROTHERS et al.,
Defendants-Appellants.**

**No. 71-1979
Summary Calendar.\***

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 1971.

James G. Dubuisson, James T. Guglielmo, Dubuisson & Dubuisson, Opelousas, La., for defendants-appellants.

---

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

1a. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of

Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

\* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.